**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1010**

———————

NORMAN L. NICHOLS, JR.,

Plaintiff - Appellant,

versus

CAROLINE COUNTY BOARD OF EDUCATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Alexander Harvey II, Senior District
Judge.  (CA-99-3352-H)

———————

Submitted:  July 26, 2001          Decided:  August 7, 2001

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Norman L. Nichols, Jr., Appellant Pro Se.  Steven David Frenkil,
Stephanie Renae DeKraai, MILES & STOCKBRIDGE, Baltimore, Maryland,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norman L. Nichols, Jr., appeals the district court's order granting summary judgment to Defendant on Nichols' claim of racial discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nichols v. Caroline County Bd. of Educ.</u>, No. CA-99-3352-H (D. Md. Nov. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2